UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:23-cv-24122-PCH

MARIA PINTO,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff(s),　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
ALCO HANDLING SERVICE CORP and　　　　　)
PATAGONIA SEAFARMS, INC.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant(s).　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF**
**FLSA SETTLEMENT AND TO DISMISS CASE WITH PREJUDICE**

THIS CAUSE arose before the Court on the Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice [ECF No. 17]. The above-styled action arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* and, therefore, requires Court Approval. *See Lynn's Food Stores, Inc. v. United States,* 679 F. 2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness"). This Court, being fully advised in the premises, and upon review of the settlement agreement between the parties, hereby approves the settlement of the wage and hour claims as

outlined in the Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice and its attached settlement agreement, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 17]** is **GRANTED** and case is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction for 30 days to enforce the terms of the parties' settlement agreement and to award attorney's fees and costs in connection with such enforcement.

**DONE AND ORDERED** in Chambers at Miami, Florida on January 11, 2024.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
U.S. Magistrate Judge Edwin G. Torres Counsel of Record